THE CITY OF NEW YORK, Respondent, *v.* UVALDE ASPHALT PAVING COMPANY et al., Appellants.

*City of New York v. Uvalde Asphalt Paving Co.*, 156 App. Div. 940, affirmed.
(Argued November 13, 1914; decided December 1, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract to keep in repair a pavement theretofore laid by defendant paving company.

*Edward M. Grout, James F. McKinney* and *Joseph T. Magee* for appellants.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.